# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **DONNA MARIE SATZGER** | Chapter: | 13 |
| Debtor 1 | Case No: | 5-17-bk-00652 RNO |
| **U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF LODGE SERIES III TRUST** | Document No.: | 44 |
| Movant(s) | | |
| vs. | Nature of Proceeding: | Motion for Relief from Automatic Stay |
| **DONNA MARIE SATZGER CHARLES J. DEHART, III, TRUSTEE** | | |
| Respondent(s) | | |

## ORDER STIPULATION DUE

Upon consideration of the statement made in open court at a hearing held on April 9, 2020, that a settlement has been reached and a stipulation will be filed, it is hereby

**ORDERED**, if a stipulation or a request to relist matter for hearing/trial is not filed by May 9, 2020, the Court may deny this Motion without further notice.

Dated: April 9, 2020

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Bankruptcy Judge (BI)